AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:24-cr-10016-STA |
| PHILIP STEPHEN PLYLER | ) |
| | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/04/2015  in the county of  Gibson  in the  Western  District of Tennessee, the defendant violated  18  U. S. C. §  2423(a) , an offense described as follows:

18 U.S.C §2423(a) - Transporting a minor in interstate commerce with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense;
18 U.S.C. §2423(b) - Traveling in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person
18 U.S.C. §2423 - Attempting and conspiring to voilate the above statutes

This criminal complaint is based on these facts:

See attachment A, an affidavit of Dennis Mitchell, FBI, TFO.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO, Dennis Mitchell  FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  4·10·2024

s/Jon A York
*Judge's signature*

City and state:  Jackson, Tennessee        Hon. Jon A. York, U.S. Magistrate Judge
*Printed name and title*