AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

USMS # 13399-511

for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PHILIP STEPHEN PLYLER<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No.   1:24-cr-10016-STA |

WEST TENNESSEE
US MARSHALS
APR 10 '24 2:56PM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   PHILIP STEPHEN PLYLER ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C §2423(a) - Transporting a minor in interstate commerce with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense;
18 U.S.C. §2423(b) - Traveling in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person
18 U.S.C. §2423 - Attempting and conspiring to voilate the above statutes

Date:  4-10-2024

_Issuing officer's signature_

City and state:   Jackson, Tennessee

Hon. Jon A. York, U. S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  4/10/24 , and the person was arrested on _(date)_  5/6/24
at _(city and state)_

Date:  5/6/24

_Arresting officer's signature_

Dennis Wayne Mitchell  FBI/TFO
_Printed name and title_

NHCAP Gibson City