AO 442 (Rev. 11/11) Arrest Warrant

13399-511

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>PHILIP STEPHEN PLYLER<br><br><br>_Defendant_ | )<br>)<br>) Case No. 1:24-cr-10016-STA<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   PHILIP STEPHEN PLYLER                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

> 18 U.S.C §2423(a) - Transporting a minor in interstate commerce with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense;
> 18 U.S.C. §2423(b) - Traveling in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person
> 18 U.S.C. §2423 - Attempting and conspiring to voilate the above statutes

Date: 4/22/2024

_s/Andrew Shulman_
_Issuing officer's signature_

City and state:   Jackson, Tennessee

Wendy R. Oliver, Clerk
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 4/23/24, and the person was arrested on _(date)_ 5/6/24
at _(city and state)_

Date: 5/6/24

_Dennis Wayne Mitchell_
_Arresting officer's signature_

Dennis Wayne Mitchell FBI/TFO
_Printed name and title_

WHCAF Gibson County